*Leonard Boreman,* for appellee.

OPINION PER CURIAM, November 24, 1964:
We have considered all of appellant's contentions—including the alleged variance between the allegata and probata—in the light of the 207 page Record and the authorities cited by each party, and find no merit in any of his contentions.
Judgment affirmed.

## McCoy Brothers, Inc. *v.* Department of Highways, Appellant.

Argued May 26, 1964. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Michael R. Deckman,* Counsel, with him *William R. Mosolino,* Assistant Attorney General, *John R. Rezzolla, Jr.,* Chief Counsel, and *Walter E. Alessandroni,* Attorney General, for Commonwealth of Pennsylvania, Department of Highways, appellant.

*Mark E. Garber,* with him *P. Nelson Alexander,* and *Garber & Garber,* for appellee.

Opinion Per Curiam, December 3, 1964:

The Court being equally divided, the judgment is affirmed.

## Sampson Bros., Inc., Appellant, v. Monroeville Water Authority.

Argued October 12, 1964. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*C. Francis Fisher*, with him *Karl E. Weise*, and *Hirsch, Truxall & Weise*, and *Brenlove & Fisher*, for appellants.

*Dominic B. King*, with him *Aaron Cohen*, and *Cohen & Popiel*, for appellees.

Opinion Per Curiam, December 3, 1964:

Decree affirmed. Each party to bear own costs.

## Gilbert Trust.

Argued November 13, 1964. Before Bell, C. J., Musmanno, Cohen, Eagen, O'Brien and Roberts, JJ.